[No. 47299-2-I.   Division One.   July 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE J. HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-10087-1, Ronald Kessler, J., entered July 25, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47326-3-I.   Division One.   July 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RORAY JANES LAROUCHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02077-7, Dean Scott Lum, J., and Kimberly Prochnau, J. Pro Tem., entered August 1, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47327-1-I.   Division One.   July 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DESHAUN TOMMY GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01513-7, Julie Spector, J., entered August 30, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47518-5-I.   Division One.   July 23, 2001.]

JAMES R. COGSWELL, *Appellant*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-00214-5, Michael F. Moynihan, J., entered October 6, 2000. *Affirmed* by unpublished per curiam opinion.